Submitted July 6, affirmed August 4, 2021

In the Matter of B. S.,
a Child.
DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

B. A. S.,
*Appellant.*

Coos County Circuit Court
20JU04992; A175417

492 P3d 781

Megan Jacquot, Judge.

G. Aron Perez-Selsky and Michael J. Wallace filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. L. J. W.*, 302 Or App 126, 129, 460 P3d 540, *rev den*, 367 Or 75 (2020) (issue on appeal not preserved in juvenile court).